UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GEORGE C. COX,

                      PETITIONER     NOTICE OF MOTION

                                        Dkt. No.

-against-                     **MISC 15-2333**

UNITED STATES OF AMERICA,        **GLEESON, J.**

                      RESPONDENT.
-----------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed declaration of George C. Cox, Pro-se, the Notice of Motion, and upon all prior proceedings held herein, the undersigned petitioner of record, will move this Court the Honorable John Gleeson, presiding, on submission, for an Order:

      (1) Expunging his sixteen year old Theft of Government Property Conviction because of the undue hardship it is causing him in getting and keeping employment.

Dated: November 16, 2015
New York, New York

                                                      Respectfully submitted,

                                                      George C. Cox, Pro-se
                                                      c/o John Smith
                                                      575 West 155st
                                                      SRO Rm #5
                                                      New York, N.Y. 10032
                                                      T (212) 464 - 7752

46530953748

To: The Honorable John Gleeson
United States District Judge

Clerk of Court (JG)
Eastern District of New York

The Honorable Kelly T. Currie
Acting United States Attorney
Eastern District of New York
By: Catherine Mary Mirabile, Esq.
    Assistant United States Attorney