Judge John Gleeson,                                         Saturday February 6, 2015

    I thought that I would pause a bit and take the time to wish you all the best as you are about to retire and embark upon another chapter in your life. So in all honesty, Congratulations!

    I want you to also know that my behavior in your Court room last week was unforeseen. After a late night of preparing, copying, highlighting, and organizing my exhibits; I was simply tired. I tried to secure counsel beforehand, but to no avail. I filed for a continuation-but was perhaps too late. In the end, my appearance before you erupted into uncontrollable emotions. In hind sight I realize that occurred because (1) upon reading my statement about my mother's murder and then by brother's murder and my father's death due to HIV collectively overcame my nature and all those latent repressed feelings all decided to come out at that instance. It was embarrassing yet refreshing and perhaps cost me my issue; and (2) because your life and my life have been thrown together inextricably at a point in time when you, to your credit, are earnestly trying to help ex-offenders like me. I get that. For me you are at a cathartic moment in your life during your last days on the bench. My eyes welled up for you in Joy! Again, perhaps that cost me my issue.

    You have had a stellar career as a young prosecutor marshaling Sammy the Bull Gravano down in Quantico leading to the conviction of John Gotti and more recently the MasterCard, Visa interchange matter versus the retailers Safeway, Wal-Mart and the like. And now, that appears to be unraveling due to the conflict of interest regarding Attorney Revlo. What a train wreck. Stuff happens.

    Anyhow please know that I will be evaluating what the Appellate Court opines w/r/t the 2nd Doe Case and that will provide me guidance on how to re-proceed with my expungement matter. It has been interesting meandering through your Court room with my imperfections. I believe that retirement and sitting at home is over rated. I hope that you take that wonderful legal mind and excellent temperament and not let it go to waste, but consider opening up a private practice and taking a pro-bono case from time-to-time. That being my urging, I hope the first case would be mine. Congratulations once again, and I sincerely, honestly, and earnestly wish you all the best in your retirement years! I remain,


Cordially,
/s/ Mr. George Cox
One of many defendants that
came before Your Honor
Gccox59@hotmail.com
T 212 464 7752